NICHOLAS ADINOLFI, Respondent, v. JOHN H. COSTELLO, Doing Business as LINCOLN LAUNDRY, and LESTER TRACY, Appellants. JOHN LENAHAN, Respondent, v. JOHN H. COSTELLO, Doing Business as LINCOLN LAUNDRY, and LESTER TRACY, Appellants.— Appeal withdrawn. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of WILLIAM RHINELANDER STEWART and Others, Appellants, for an Order Directing the Filing and Recording of the Certificate of Incorporation of PARI-MUTUEL MESSENGER SERVICE, INC., against THE DEPARTMENT OF STATE OF THE STATE OF NEW YORK and Hon. MICHAEL F. WALSH, as Secretary of State of the State of New York, Respondents.— Appeal from an order of the Special Term of the Supreme Court, entered in Albany county clerk's office on the 11th day of September, 1940, dismissing a petition under article 78 of the Civil Practice Act, which prayed that an order be granted annulling a determination of the respondents refusing to accept for filing the certificate of incorporation of Pari-Mutuel Messenger Service, Inc. The opinion of the Special Term is reported at 174 Misc. 902. Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BARKSDALE, Appellant, v. JOSEPH H. WILSON, Warden of Great Meadow Prison, at Comstock, N. Y., Respondent.— Relator has appealed from an order of the Washington County Special Term of the Supreme Court dismissing a writ of habeas corpus. He was received in Sing Sing Prison on February 15, 1933, under a sentence of two and one-half to five years upon his conviction of the crime of assault in the second degree. At the time of the sentence for assault, his term of imprisonment was increased by not less than five years nor more than ten years for being armed with a dangerous weapon at the time of the commission of the assault. Relator asserts that his constitutional rights were violated in that he was placed in double jeopardy. Order unanimously affirmed. (People ex rel. Fiannaca v. Hunt, 257 App. Div. 910.) Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CAHILL, Relator, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Appeal from an order dismissing a writ of habeas corpus. Defendant has earlier appealed from the judgment of conviction. The Appellate Division and the Court of Appeals affirmed the judgment of conviction. (Sub nom. People v. Rice, 241 App. Div. 804; People v. Cahill, 266 N. Y. 546.) The same questions now raised were determined on the former appeals. Order unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ELIZABETH STEIGER, Respondent, v. SYLVIA REIG and SWAN LAKE COUNTRY CLUB, INC., Defendants, Impleaded with LOUIS REIG, BECKY BLUM and NORMAN KEMPER, Appellants.— This is an appeal from a judgment in favor of plaintiff setting aside an alleged sale of capital stock and reinstating former officers and directors of defendant corporation, directing accounting by the defendants of corporate income and return of the capital stock of said corporation to the original holders thereof upon payment of certain taxes which were paid by the plaintiff prior to the entry of judgment. The facts contained in the record amply support the judgment appealed from. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.